AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Rabbi Dean Alton Holcomb,
*Plaintiff*
v.

Lieutenant Jeff Kindley; Lieutenant Duncan; South Carolina Law Enforcement Division; 2 Unknown Sled Agents,
*Defendants*

) 
) Civil Action No.    1:14-cv-03477-MGL
)
)
)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Rabbi Dean Alton Holcomb, shall take nothing of the defendant, Duncan and SLED, and this action is dismissed without prejudice as to these defendant.

■ other: the plaintiff, Rabbi Dean Alton Holcomb, shall take nothing of the defendant, Kindley, and this action is dismissed with    prejudice as to this defendant.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, U.S. District Judge, presiding, adopting the Report and Recommendation of U.S. Magistrate Judge Shiva V. Hodges, dismissing the action without prejudice as to defendants Duncan and SLED.

■ decided by the Court, the Honorable Mary Geiger Lewis, U.S. District Judge, presiding, adopting the Report and Recommendation of U.S. Magistrate Judge Shiva V. Hodges, dismissing the action with  prejudice as to defendant Kindley.

Date:   January 11, 2017                                                     *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/M. Walker
                                                                                        *Signature of Clerk or Deputy Clerk*

1:16-cv-00672-MGL     Date Filed 01/11/17     Entry Number 40     Page 2 of 2